**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KENDALL MERRIWEATHER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  02-cv-1237-DGW |
| ) | |
| **DONALD N. SNYDER, JR., et al.,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Jury Verdict rendered on March 29, 2007, judgment is entered in favor of defendants **LT. BEAU PURTLE, JONATHAN R. WALLS, PAMELA GRUBMAN, NEAL SCHWARZ, JUDY RANGER, and JOE HARPER** and against plaintiff **KENDALL L. MERRIWEATHER**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order [Doc. 15] of the Court dated June 15, 2004, judgment is entered in favor of defendants **MAVIS GROSS and DONNA EBERS** and against plaintiff **KENDALL L. MERRIWEATHER**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order [Doc. 85] of the Court dated October 18, 2006, judgment is entered in favor of defendant **DONALD N. SYNDER** and against plaintiff **KENDALL L. MERRIWEATHER**.

**IT IS FURTHER ACKNOWLEDGED** that pursuant to the Notice of Dismissal [Doc. 89] by Plaintiff dated January 29, 2007, defendants, **UNKNOWN PARTY JOHN DOE, UNKNOWN PARTY JOHN DOE 2, AND ROBERT RADMACHER** were dismissed by plaintiff **KENDALL L. MERRIWEATHER**.

Plaintiff shall take nothing from this action.

**DATED** this 29th day of March, 2007.

NORBERT G. JAWORSKI, CLERK

BY: s/ Robin M. Butler
     Deputy Clerk

Approved by: s/ Donald G. Wilkerson
              UNITED STATES MAGISTRATE JUDGE