IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENDALL L. MERRIWEATHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:02-cv-1237-DGW |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently pending before the Court are Plaintiff's motions for appointment of counsel on appeal (Doc. 135), for extension of time to file a docketing statement in the Court of Appeals (Doc. 140), for reconsideration of the Clerk's judgment dismissing his appeal (Doc. 144), and for leave to appeal in forma pauperis (Doc. 145). Based on the following, the motion for reconsideration is **DISMISSED** for lack of jurisdiction, and the motions for appointment of counsel, extension of time to file a docketing statement, and for leave to appeal in forma pauperis are **DENIED as moot**.

### BACKGROUND

On April 18, 2007, after a trial had been conducted and a jury verdict rendered against him in this civil action, Plaintiff filed a notice of appeal (Doc. 134). On June 5, 2007, the Court of Appeals for the Seventh Circuit issued a mandate dismissing Plaintiff's appeal for failure to pay the required filing fee (Doc. 143).

### ANALYSIS

In his motion to reconsider the Clerk's judgment (Doc. 144), Plaintiff seeks a reopening of his appeal. Plaintiff asserts that after he filed his notice of appeal, he attempted to file a motion for leave to proceed in forma pauperis, but his attempt was hampered by his transfer to

another facility (and a resulting delay in receiving mail), and by his inability to obtain a prison trust fund account statement from Menard Correctional Center in a timely manner.

This Court has no jurisdiction to reopen Plaintiff's appeal. Such a motion is properly filed in the Court of Appeals itself. Therefore, this motion (Doc. 144) must be **DISMISSED** for lack of jurisdiction.

Because Plaintiff's appeal has been dismissed, and there is no appeal pending in the case, Plaintiff's motions for appointment of counsel on appeal (Doc. 135), motion for extension of time to file a docketing statement (Doc. 140), and for leave to appeal in forma pauperis (Doc. 145), are **DENIED as moot**.

**IT IS SO ORDERED.**

**DATED: January 2, 2008**

                                                    *s/ Donald G. Wilkerson*
                                                   **DONALD G. WILKERSON**
                                                   **United States Magistrate Judge**